No. 97–1240. BERNER v. DELAHANTY, JUDGE, SUPERIOR COURT OF MAINE. C. A. 1st Cir. Certiorari denied.

No. 97–1251. AGAN v. VAUGHN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 97–1255. SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–1257. POLYAK v. HOADLEY ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–1258. SIMEON ET AL. v. HARDIN, DISTRICT ATTORNEY FOR THE FOURTEENTH JUDICIAL DISTRICT. Ct. App. N. C. Certiorari denied.

No. 97–1260. CLEMENTS v. BABCOCK & WILCOX CO. ET AL. Sup. Ct. Va. Certiorari denied.

No. 97–1261. NORTHEN v. CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–1273. MILLET v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–1276. JONES v. FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 97–1279. BROWN v. IVES ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–1290. VELEZ v. STALDER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 97–1293. TAHA v. PORTLAND TAXI CAB CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1309. GILCHRIST v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–1313. DAVIS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–1314. DALEY ET AL. v. COMMISSIONER, DEPARTMENT OF MARINE RESOURCES OF MAINE. Sup. Jud. Ct. Me. Certiorari denied.